# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Shi Rong Zhang #1<br><br>*Defendant* | )<br>)<br>)  Case No.  22-5218-JGD<br>)<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: _____
   
                                                       *Place*

   on _____
   
                                                 *Date and Time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 10/20) MAD Ann. (12/21) Additional Conditions of Release    Page 2 of 4 Pages 

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
Custodian   Date

( ☑ ) (7) The defendant must:
  ( ☑ ) (a) submit to supervision by and report for supervision to the supervising probation officer. The defendant shall obey all directions and instructions of the supervising probation officer.
  ( ☐ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☑ ) (d) surrender any passport to: Probation within 24 hours of release
  ( ☑ ) (e) not obtain a passport or other international travel document.
  ( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel: travel is restricted to the New England States
  ( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: the Govt. shall provide a list to defense counsel
  ( ☐ ) (h) get medical or psychiatric treatment: _____
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ☑ ) (l) not use alcohol ( ☐ ) at all ( ☑ ) excessively.
  ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☑ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☑ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from 5:00pm to 10:00am, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
    ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
  ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

- ( ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ) (ii) Voice Recognition; or
- ( ) (iii) Radio Frequency; or
- ( ) (iv) GPS.

( ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. (Report **within 24 hours**)

(✓) (t)

All firearms shall be removed from the home by July 6, 2022

Do not incorporate or operate, or facilitate the incorporation or operation, of any business entities or financial accounts without approval of the court. Dft. shall not sell any real property owned or controlled without prior approval of the court.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the ... ing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order ... ion, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.
    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the ... is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition ... any other sentence.
    Federal law makes it a crime ... ishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime pun... up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or att... iate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or offi... court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attem... ling.
    If after release, you know... l to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for fai... ar or surrender and additional punishment may be imposed. If you are convicted of:
    (1) an offense punisha... th, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250... prisoned for not more than 10 years, or both;
    (2) an offense punish... sonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,00... oned for not more than five years, or both;
    (3) any other felony, y... fined not more than $250,000 or imprisoned not more than two years, or both;
    (4) a misdemeanor, yo... ined not more than $100,000 or imprisoned not more than one year, or both.
    A term of imprisonment ... or failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear o... may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am ... nt in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directe... nder for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

Address
Windham NH
City and State          Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORD... ed after processing.
(   ) The United States mar... RED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/o... h all other conditions for release. The defendant shall be produced before the appropriate judge at the time and p... , if still in custody.

Date: 6/30/2022

Thomas F. Quinn  Deputy Clerk
Signature of Judge/Clerk

Name and Title of Judge

DISTRIBUT...    DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL